FILED ____ LODGED
____ RECEIVED

OCT 18 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| BEAGLE, BURKE & ASSOCIATES, Guardian of the Estate of Ryan Cuthbert,<br><br>Plaintiff,<br><br>vs.<br><br>US BANK, NATIONAL ASSOCIATION, (a/k/a US Bank) a financial institution doing business in the State of Washington and as successor in interest to NORTHWEST NATIONAL BANK, (a/ka/ NW National Bank) a financial institution that did business in the State of Washington,<br><br>Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>RONALD J. CUTHBERT AND DEBORAH R. CUTHBERT, husband and wife,<br><br>Third-Party Defendants. | NO.:  C06-5135FDB<br><br>STIPULATION AND AGREED ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT<br><br>CLERK'S ACTION REQUIRED |

**STIPULATION**

1. Plaintiff, Beagle, Burke & Associates, Guardian of the Estate of Ryan Cuthbert is the Plaintiff herein.

06-CV-05135-ORD

...SING PLAINTIFF'S

NEIL, NETTLETON & NEIL, P.S.
Attorneys at Law
5302 Pacific Avenue
Tacoma, WA 98408
(253) 475-8600
(253) 473-5746 FAX

2. US Bank, National Association, is the Defendant and Third-Party Plaintiff herein.

3. Plaintiff, Beagle, Burke & Associates, Guardian of the Estate of Ryan Cuthbert and Defendant, US Bank, National Association have resolved all issues between them following notice to Third-Party Defendants, Ronald J. and Deborah R. Cuthbert, wherein the Settlement Agreement between Plaintiff, Beagle, Burke & Associates, Guardian of the Estate of Ryan Cuthbert and Defendant, US Bank, National Association was approved by the guardianship court, Clark County Superior Court for the State of Washington, Case No.: 82 4 00506 2, and determined to be reasonable and in the best interest of Ryan J. Cuthbert.

4. Plaintiff, Beagle, Burke & Associates, Guardian of the Estate of Ryan Cuthbert and Defendant, US Bank, National Association stipulate that the claim(s) asserted by Plaintiff, Beagle, Burke & Associates, Guardian of the Estate of Ryan Cuthbert against Defendant, US Bank, National Association should now be dismissed with prejudice and without an award of fees and costs to either party.

Dated this 16th day of October, 2006.

NEIL, NETTLETON & NEIL, P.S.

/s/ Robert B. Nettleton
ROBERT B. NETTLETON
WSBA # 17403
Attorney for Plaintiff
Beagle, Burke & Associates, Guardian of the Estate of Ryan Cuthbert

PRESTON GATES & ELLIS, LLP

/s/ Kimberly W. Osenbaugh
KIMBERLY W. OSENBAUGH
WSBA # 5307
Attorneys for Defendant/Third-Party Plaintiff
US Bank, NA

**ORDER**

BASED UPON THE FOREGOING STIPULATION, it is hereby, ORDERED,

STIPULATION AND AGREED ORDER DISMISSING PLAINTIFF'S
CLAIMS AGAINST DEFENDANT - Page 2
rbn

NEIL, NETTLETON & NEIL, P.S.
Attorneys at Law
5302 Pacific Avenue
Tacoma, WA 98408
(253) 475-8600
(253) 473-5746 FAX

ADJUDGED AND DECREED as follows:

1. That the claim(s) of Plaintiff, Beagle, Burke & Associates, Guardian of the Estate of Ryan Cuthbert asserted against Defendant, US Bank, National Association are dismissed with prejudice and without an award of fees and costs to either party.

2. That only the claim(s) between Third Party-Plaintiff, US Bank, National Association and Third Party Defendant, Ronald and Deborah Cuthbert shall now proceed to trial.

DATED THIS __17__ day of October, 2006.

_____
The Honorable Franklin D. Burgess

Presented by:

NEIL, NETTLETON & NEIL, P.S.

/s/ Robert B. Nettleton
ROBERT B. NETTLETON
WSBA # 17403
Attorney for Plaintiff
Beagle, Burke & Associates, Guardian of the Estate of Ryan Cuthbert

Approved for entry, Notice of Presentation Waived:

PRESTON GATES & ELLIS, LLP

/s/ Kimberly W. Osenbaugh
KIMBERLY W. OSENBAUGH
WSBA # 5307
Attorneys for Defendant/Third-Party Plaintiff
US Bank, NA

STIPULATION AND AGREED ORDER DISMISSING PLAINTIFF'S
CLAIMS AGAINST DEFENDANT - Page 3
rbn

NEIL, NETTLETON & NEIL, P.S.
Attorneys at Law
5302 Pacific Avenue
Tacoma, WA 98408
(253) 475-8600
(253) 473-5746 FAX