UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BEAGLE, BURKE & ASSOCIATES, Guardian of the Estate of Ryan Cuthbert,<br><br>Plaintiff,<br><br>v.<br><br>US BANCORP, (a/k/a US Bank), a financial institution doing business in the State of Washington and as successor-in-interest of NORTHWEST NATIONAL BANK (a/k/a NW National Bank), a financial institution that did business in the State of Washington,<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>RONALD J. CUTHBERT AND DEBORAH R. CUTHBERT, husband and wife,<br><br>Third-Party Defendants. | No. C06-5135-FDB<br><br>STIPULATION AND AGREED ORDER DISMISSING THIRD-PARTY CLAIMS |

IT IS STIPULATED by and between the Defendant and Third-Party Plaintiff, US Bank, and Third-Party Defendants, Ronald J. Cuthbert and Deborah R. Cuthbert, that the third-party claims shall be dismissed without prejudice and without an award of fees and costs to either party.

STIPULATION AND ORDER DISMISSING
THIRD-PARTY CLAIMS - 1

K:\24847\00174\KWO\KWO_P233X

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this 6th day of November, 2006.

PRESTON GATES &ELLIS LLP

By /s/ Kimberly W. Osenbaugh  
   Kimberly W. Osenbaugh, WSBA # 5307  
Attorneys for Defendant and Third-Party Plaintiff US Bank

/s/ Ronald J. Cuthbert  
Ronald J. Cuthbert, *pro se*  
Third-Party Defendant

/s/ Deborah R. Cuthbert  
Deborah R. Cuthbert, *pro se*  
Third-Party Defendant

## ORDER

THIS MATTER having come before the Court pursuant to the Stipulation of the parties, it appearing that entry of this Order concludes the above-captioned lawsuit in its entirety because Plaintiff's claims against Defendant U.S. Bank were dismissed by stipulated order entered on October 18, 2006; NOW, THEREFORE, IT IS HEREBY

ORDERED that the third-party claims against Ronald J. Cuthbert and Deborah R. Cuthbert shall be and hereby are dismissed without prejudice and without an award of fees and costs to either party.

DATED this 6th day of November 2006.

FRANKLIN D. BURGESS  
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER DISMISSING THIRD-PARTY CLAIMS - 2

K:\24847\00174\KWO\KWO_P233X

PRESTON GATES & ELLIS LLP  
925 FOURTH AVENUE  
SUITE 2900  
SEATTLE, WASHINGTON 98104-1158  
TELEPHONE: (206) 623-7580  
FACSIMILE: (206) 623-7022

Presented by:

P<small>RESTON</small> G<small>ATES</small> & E<small>LLIS</small> <small>LLP</small>

By _/s/ Kimberly W. Osenbaugh_
   Kimberly W. Osenbaugh, <small>WSBA # 5307</small>
Attorneys for Defendant and Third-Party
Plaintiff US Bank

STIPULATION AND ORDER DISMISSING
THIRD-PARTY CLAIMS - 3

K:\24847\00174\KWO\KWO_P233X

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022